UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN ANTHONY WALCOTT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1125** |
| **TERREBONNE PARISH CONSOLIDATED GOVERNMENT, ET AL.** | **SECTION: "S"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The plaintiff's objections are OVERRULED because he does not raise any new arguments, but rather reiterates his claims which do not rise to the level of the constitutional violations for the reasons explained in the United States Magistrate Judge's Report and Recommendation. Therefore,

**IT IS ORDERED** that plaintiff's complaint is dismissed as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 12th day of December, 20 17.

_____
**UNITED STATES DISTRICT JUDGE**