UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN ANTHONY WALCOTT, JR. | CIVIL ACTION |
| VERSUS | NO. 17-1125 |
| TERREBONNE PARISH CONSOLIDATED GOVERNMENT, ET AL. | SECTION: "S"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. As explained in the United States Magistrate Judge's Supplemental Report and Recommendation, plaintiff is not entitled to a preliminary injunction because the claims raised in the motion are unrelated to the claims raised in the complaint. Further, to the extent that the claims raised in the motion for preliminary injunction are related to the claims raised in the complaint, plaintiff is not entitled to a preliminary injunction because he has not demonstrated a substantial likelihood of success on the merits for the reasons explained in the original Report and Recommendation, which was adopted as the opinion of this court. Therefore,

**IT IS ORDERED** that plaintiff's motion for a preliminary injunction, Rec. Doc. 15, is **DENIED**.

New Orleans, Louisiana, this 12th day of December, 20 17.

_____
**UNITED STATES DISTRICT JUDGE**